# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON PERRY, K-16800, | )<br>) |
| Plaintiff(s), | ) No. C 12-3063 CRB (PR)<br>) |
| vs. | ) ORDER OF DISMISSAL<br>) |
| M. MARTEL, et al., | )<br>) |
| Defendant(s). | )<br>) |

Plaintiff, a prisoner at San Quentin State Prison (SQSP), filed a pro se complaint under 42 U.S.C. § 1983 claiming various wrongdoing at SQSP. Per order filed on November 16, 2012, the court dismissed the complaint with leave to amend to set forth specific facts showing how his federal rights were violated, if possible. The court warned plaintiff that failure to file a proper amended complaint within 30 days would result in the dismissal of this action.

More than 40 days have passed; however, plaintiff has not filed an amended complaint or sought an extension of time to do so. Plaintiff's action is DISMISSED. The clerk shall enter judgment in accordance with this action and close the file.

SO ORDERED.

DATED: January 7, 2013

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.12\Perry, C.12-3063.dismissal.wpd